IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IN RE: COURT OPERATIONS BEFORE JUDGE | ) | |
| LEONIE M. BRINKEMA DURING THE | ) | 1:20-mc-9 (LMB) |
| COVID-19 CRISIS | ) | |

## ORDER

The Court conducted a guilty plea and sentencing hearing today by video teleconference technology (VTC) with the defendant, who was in custody in the Alexandria Adult Detention Center, and who had consented to not being physically present in the courtroom.   The remainder of the participants were in the courtroom as was a deputy U.S. Marshal.

Although the Court greatly appreciates the security provided by our deputy marshals, it has been the practice in this division not to have a deputy marshal in court if a defendant is not in custody.   Given that defendants who are appearing by VTC are not physically present in the courtroom, and the need to keep the number of people in the courtroom to a minimum while the Covid-19 pandemic threatens the community, unless the undersigned believes that a particular proceeding has some unique security risk, it is hereby

ORDERED that a deputy marshal not be present in the courtroom for VTC proceedings. This Order only applies to proceedings before this judge, who will notify the U.S. Marshal in advance if she believes a deputy marshal will be needed for a particular VTC proceeding.

The Clerk is directed to forward a copy of this Order to Nick E. Proffitt, United States Marshal.

Entered this 1st day of April, 2020.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge